IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

    v.

Civil Action No. 23-cv-00286

T C WHEELERS, INC. d/b/a,
T.C. WHEELERS BAR & PIZZERIA

                Defendant.
--------------------------------------------------------x

# JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendant T.C. WHEELERS, INC. jointly move this Court to review and approve the attached Consent Decree.

The Court will retain jurisdiction over this action for all purposes including, but not limited to, the entering of all orders, judgments, and decrees as necessary to implement the relief provided herein. Upon signature and approval by the Court, the matter may be administratively closed but will not be dismissed.

Dated: January 16, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Annette M. Lalic* | */s/ Charles E. Graney* |
| Annette M. Lalic | Charles E. Graney |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | WEBSTER SZANYI, LLP |
| New York District Office | 424 Main Street, Suite 1400 |
| 33 Whitehall Street, 5th Floor | Buffalo, NY 14202 |
| New York, NY 10004 | tgraney@websterszanyi.com |
| Annette.lalic@eeoc.gov | (716) 842-2800 |
| (929) 506-5287 | Attorneys for Defendant |
| Attorneys for Plaintiff | |